1   BARRY J. PORTMAN
    Federal Public Defender
2   REBECCA SULLIVAN SILBERT
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone: (510) 637-3500
    Email: Rebecca_Silbert@fd.org
5
    Counsel for Defendant THOMAS
6

7

8                    IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,        )    No. CR 01-0482 PJH
12                                    )
                         Plaintiff,   )    **STIPULATION REGARDING**
13  vs.                               )    **SENTENCE REDUCTION UNDER**
                                      )    **U.S.S.G. AMENDMENT 706 (AS**
14  CHARLES THOMAS,                   )    **AMENDED BY 711)**
                                      )
15                       Defendant.   )
                                      )
16  _____)

17

18      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting

19  through their respective counsel, that:

20  1.   The Court has indicated that it is making its own motion for a modification of the

21       defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2).

22  2.   Defendant's original guideline calculation was as follows:

23       Total Offense Level:  29

24       Criminal History Category:    III

25       Guideline Range:      108-135

26  3.   Defendant was sentenced to 108  months imprisonment on August 31, 2004.

1    4.      Defendant's current projected release date is August 31, 2009.

2    5.      Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. §

3    3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission

4    Guidelines Manual.

5    6.      Defendant's revised guideline calculation is as follows:

6            Total Offense Level:   27

7            Criminal History Category:    III

8            Guideline Range:        87-108

9    7.      The parties have no reason to dispute the Reduction of Sentence Report submitted to the

10           Court by the probation office.

11   8.      Based upon the foregoing, the parties hereby stipulate that a sentence of 94 months is

12           appropriate in this matter.

13   9.      The parties further stipulate that all other aspects of the original judgment order including

14           the length of term of supervised release, all conditions of supervision, fines, restitution,

15           and special assessment remain as previously imposed.

16   10.     Defendant stipulates that he waives and does not request a hearing in this matter pursuant

17           to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220

18           (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472

19           F.3d 1167 (9th Cir. 2007).

20   11.     Defendant waives his right to appeal the district court's sentence.

21   12.     Accordingly, the parties agree and stipulate that an amended judgement may be entered

22           by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and

23           USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission*

24           *Guidelines Manual*.

25

26   IT IS SO STIPULATED:

/S/

Date:   May 13, 2008
                                          _____
                                          Rebecca Sullivan Silbert
                                          Counsel for Charles Thomas


/S/

Date:   May 13, 2008
                                          _____
                                          Erika Frick
                                          Assistant United States Attorney


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.


# ORDER


Based on the above stipulation, the Court hereby ORDERS the following:

1.   The Court is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2);

2.   **The original Judgment in the above-captioned case is AMENDED to impose a term of imprisonment of 94 months.**  All other aspects of the original judgment, including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

3.   Defendant's original guideline calculation was as follows:

Total Offense Level:   29

Criminal History Category:     III

Guideline Range:       108-135

Sentence Imposed:       108 months

4.   Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission Guidelines Manual;

1    5.    Defendant's revised guideline calculation is as follows:

2          Total Offense Level:   27

3          Criminal History Category:    III

4          Guideline Range:      87-108

5    6.    Defendant has waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43,

6          18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v.*

7          *United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir.

8          2007).

9    7.    Defendant has waived his right to appeal the sentenced imposed by this Order.

10

11

12   Date:  5/15/08

13



14

15

16

17

18

19

20

21

22

23

24

25

26